## Commonwealth *v.* Chester, Appellant.

Submitted June 9, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cooper, Appellant.

Submitted June 9, 1969. *Sotireos Gianopoulos,* for appellant; *Taras M. Wochok* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.